# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **MARCUS HAMPTON,** | } |
| **Plaintiff,** | } |
| v. | } Case No.: 2:21-cv-01189-MHH |
| **KENNY PIPE & SUPPLY INC.,** | } |
| **Defendant.** | } |

## ORDER

On April 15, 2022, Mr. Hampton's attorney, Mr. Porter, filed his second motion to withdraw. (Doc. 23). On April 19, 2022, Court set this matter for a telephone conference on May 2, 2022 and instructed Mr. Hampton to participate in the call. (Doc. 24, p. 1). The Court stated that if "Mr. Hampton does not participate in the May 2, 2022 telephone conference, the Court will dismiss this action without prejudice for failure to prosecute." (Doc. 24, p. 1).[1]

Mr. Hampton did not participate in the May 2, 2022 telephone conference. Thus, the Court dismisses this action without prejudice for failure to prosecute. If

---

[1] In the order setting the telephone conference, the Court directed Mr. Porter to give Mr. Hampton a copy of the order which included information for accessing the telephone conference. (Doc. 24, p. 1). During the telephone conference, Mr. Porter informed that the Court that he sent the Court's order to Mr. Hampton by regular mail and by email. A transcript of the May 2, 2022 telephone conference is available upon request.

Mr. Hampton wishes to seek relief from the Court's order and proceed *pro se*, he must provide the Court with his mailing address and telephone number. If he chooses to proceed *pro se*, Mr. Hampton also may provide his email address.

The Court grants Mr. Porter's motion to withdraw. The Court asks Mr. Porter to please deliver a copy of this order to Mr. Hampton by U.S. Mail and by text message.

**DONE** and **ORDERED** this May 2, 2022.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE